

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-13-00715-CR, 04-13-00716-CR, 04-13-00717-CR, and 04-13-00718-CR

Ex Parte Rogelio **RINCON**, Jr.,
Appellant

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2442, 2012CR2443, 2012CR2444, 2012CR2445
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

In this habeas corpus appeal, the State's brief was originally due to be filed with this court on March 13, 2014. On March 17, 2014, the State filed its first motion for a thirty-day extension of time to file its brief until April 14, 2014.

The State's motion is GRANTED. The State must file its brief with this court by April 14, 2014. *See* TEX. R. APP. P. 31.2 ("An appeal in a habeas corpus or bail proceeding will be heard at the earliest practicable time.").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court